UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> DAVID EUGENE THOMPSON, SR., </br> Defendant. | CASE NO.   CR07-436-MJP </br></br> DETENTION ORDER |

Offense charged:

    Count I:   Felon in Possession of a Firearm, in violation of Title 18. U.S.C., Sections 922 (g)(1) and 924(a)(2).

Date of Detention Hearing: February 15, 2008

The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by William Redkey. The defendant was represented by Jesse Cantor.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Due to the nature of the crime alleged, and the defendant's twenty-eight year history of continuous assaultive, albeit misdemeanor charges, he is viewed as a risk of danger.

(2) In this investigation, Defendant told law enforcement he would get more guns due to fear for his safety. This fear appears to be unwarranted and clearly runs afoul of the prohibition of possessing any firearms.

//

DETENTION ORDER
PAGE -1-

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of February, 2008.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-