UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff(s),

  v.

DAVID EUGENE THOMPSON, SR.,

        Defendant(s).

NO. CR07-436MJP

ORDER ON DEFENDANT'S MOTION TO RECONSIDER SENTENCE

The above-entitled Court, having received and reviewed

1. Defendant's Motion to Re-evaluate Sentence and Release (Dkt. No. 103)

2. United States' Response to Defendant's Motion Requesting Reconsideration of His Sentence (Dkt. No. 105)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that Defendant's motion is DENIED.

**Discussion**

In his motion, Defendant argues (without reference to specifics) that, because he is not being provided with proper medical care and treatment by the Bureau of Prisons, the Court should reconsider its sentence of 36 months' confinement based on Defendant's conviction for possession of a firearm by a convicted felon. The remedy he seeks is home detention as opposed to incarceration.

Defendant currently has an appeal pending before the Ninth Circuit – this fact alone deprives this Court of jurisdiction to act on his request. Even were that not the case, a district court may only modify a previously imposed sentence pursuant to statutory authorization. United States v. Smartt, 129 F.3d 539, 540 (9th Cir. 1997)(citing United States v. Mendoza, 118 F.3d 707, 709 (10th Cir.

**ORDER ON MOTION
TO RECONSIDER SENTENCE - 1**

1997)).  None of the circumstances outlined in 18 U.S.C. § 3582 which permit alteration of a final judgment – statutory permission or remand following successful appeal – are present here.

Furthermore, Defendant offers no proof that he has exhausted the administrative remedies available to him for redress of his concerns.  See 28 C.F.R. Part 542.  Even if this Court had jurisdiction to address his claims, it would not be possible without satisfaction of the exhaustion requirement.

Defendant's motion is DENIED.

The clerk is ordered to provide copies of this order to Defendant and all counsel.

Dated: April 13, 2010

Marsha J. Pechman
U.S. District Judge

**ORDER ON MOTION**
**TO RECONSIDER SENTENCE - 2**